UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANDING ORDER RE: ELECTRONIC CASE FILING
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

September 22, 2006

Effective January 1, 2007, Local Rule 5.4 shall apply to the Western Division of the United States District Court for the District of Massachusetts. Local Rule 5.4 requires that (with limited exceptions) all filings in the District Court be made by electronic means "unless exempt or otherwise ordered by the court."

Accordingly, it is hereby ordered as well that the Standing Order of December 27, 2005, which exempts the Western Division from the mandatory filing requirements of Local Rule 5.4, be vacated as of December 31, 2006.

It is so ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. District Judge

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U. S. Magistrate Judge